DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KWAJALEIN L. WATERS,**
Appellant,

v.

**PALM VACATION GROUP,** a Florida general partnership**, CORPORATE CREATIONS NETWORK INC., MICHAEL BROWN, WYNDHAM VACATION RESORTS, INC.**
Appellees.

No. 4D19-2040

[July 29, 2021

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE17-21384.

Kwajalein L. Waters, Albany, pro se.

Mary Leslie Smith and Ana Romes of Foley & Lardner LLP, Miami, for appellee, Palm Vacation Group, a Florida general partnership.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***